Case 7:25-cv-00832-RDP   Document 1-3   Filed 05/28/25   Page 1 of 3

Exhibit 3

FILED
2025 May-28 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☑ EEOC | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| VONDA JAMES | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | Northport, AL 35473 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (incl. Area Code) |
|---|---|---|
| UNIVERSITY OF ALABAMA | 500+ | 205-348-8461 |

| Street Address | City, State and ZIP Code |
|---|---|
| Box 870127 | Tuscaloosa, AL 35487 |

| Name | No. Employees, Members | Phone No. (incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☑ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☑ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: February 2024   Latest: August 2024
☑ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed a previous charge of discrimination on November 6, 2023, regarding my claims of race discrimination, disability discrimination and retaliation, Charge No. 420-2024-00516. I attended an EEOC mediation on January 25, 2024, and since the mediation I have continued to be retaliated against and discriminated against. Lauren Wilson, the Associate Vice President of Research, attended the mediation. I complained in my previous EEOC charge and directly to the University that Ms. Wilson was discriminating against me and retaliating against me.

In March 2024, I met with the new Director of the Office for Research, Ethics and Compliance, Mr. Kory Trott, regarding my new position of Interim Educational Programing Manager for the Research Compliance and Ethics Department. The meeting went well, and Mr. Trott informed me that he was excited about my ideas and my energy regarding the education of the department. I also continued to perform my duties as a research protocol Analyst I while also performing the duties of the Interim Educational Programing Manager. Later in March 2024, I was told that I was being removed from the Interim Educational Programing Manager and the only reason or explanation was that the department was going in a different direction. I had been in this interim position from November 2023 until I was removed in April 2024, and there had never been any criticisms of my performance in this position. In fact, I received compliments from researchers employed by the University that attended my training. I complained about this retaliation and being removed from this interim position but have not received any response. White employees in interim positions have been asked and allowed by Lauren Wilson to write their own job description regarding their interim duties so that their position becomes a permanent position and they do not lose their interim pay and in some instances their pay was increased. I am aware of Emilee Belk, Ed Shirley and Deanna Smoke being allowed to write their own job descriptions.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/31/2024
Charging Party Signature: Vonda James

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: Vonda James

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
July 31, 2024

[Notary seal: Stephanie H. Duncan, Notary Public, Alabama State at Large, My Commission Expires 4/29/28]

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☑ EEOC | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| VONDA JAMES | [redacted] | |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | Northport, AL 35473 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| UNIVERSITY OF ALABAMA | 500+ | 205-348-8461 |

| Street Address | City, State and ZIP Code |
|---|---|
| Box 870127 | Tuscaloosa, AL 35487 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☑ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☑ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: February 2024   Latest: August 2024
☑ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed a previous charge of discrimination on November 6, 2023, regarding my claims of race discrimination, disability discrimination and retaliation, Charge No. 420-2024-00516. I attended an EEOC mediation on January 25, 2024, and since the mediation I have continued to be retaliated against and discriminated against. Lauren Wilson, the Associate Vice President of Research, attended the mediation. I complained in my previous EEOC charge and directly to the University that Ms. Wilson was discriminating against me and retaliating against me.

In March 2024, I met with the new Director of the Office for Research, Ethics and Compliance, Mr. Kory Trott, regarding my new position of Interim Educational Programing Manager for the Research Compliance and Ethics Department. The meeting went well, and Mr. Trott informed me that he was excited about my ideas and my energy regarding the education of the department. I also continued to perform my duties as a research protocol Analyst I while also performing the duties of the Interim Educational Programing Manager. Later in March 2024, I was told that I was being removed from the Interim Educational Programing Manager and the only reason or explanation was that the department was going in a different direction. I had been in this interim position from November 2023 until I was removed in April 2024, and there had never been any criticisms of my performance in this position. In fact, I received compliments from researchers employed by the University that attended my training. I complained about this retaliation and being removed from this interim position but have not received any response. White employees in interim positions have been asked and allowed by Lauren Wilson to write their own job description regarding their interim duties so that their position becomes a permanent position and they do not lose their interim pay and in some instances their pay was increased. I am aware of Emilee Belk, Ed Shirley and Deanna Smoke being allowed to write their own job descriptions.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/31/2024
Charging Party Signature: [signed] Vonda James

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: [signed] Vonda James

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
July 31, 2024

[Notary seal: Stephanie H. Duncan, Notary Public, Alabama State at Large, My Commission Expires 4/29/28]

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.